OPINION — AG — ** CENTRAL PURCHASING ACT — EXEMPTIONS ** SUBJECT TO APPLICABLE CONSTITUTIONAL LIMITATIONS, THE STATE AGENCIES AND ACQUISITIONS EXEMPT FROM THE MANDATORY PROVISIONS OF THE OKLAHOMA CENTRAL PURCHASING ACT INCLUDE THOSE SPECIFIED IN 74 O.S. 85.12 [74-85.12] (AGENCY, BOARD, COMMISSION, DEPARTMENT) AND INSTITUTIONS OF HIGHER LEARNING AS PROVIDED FOR IN 74 O.S. 85.3 [74-85.3] . SUCH AGENCIES AND ACQUISITIONS ARE EXEMPTED FROM THE ACT IN ITS ENTIRETY INCLUDING THE COMPETITIVE BIDDING REQUIREMENTS OF 74 O.S. 85.7 [74-85.7] (CONTRACT, SERVICES, MINIMUM AMOUNT, BOARD OF AFFAIRS) CITE: 74 O.S. 85.12 [74-85.12], 74 O.S. 85.1 [74-85.1], OPINION NO. NOVEMBER 9, 1959, OPINION NO. 69-341, OPINION NO. 63-547, 74 O.S. 85.4 [74-85.4] (JOE C. LOCKHART)